# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT
2/24/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

Case Number 2:26-cr-00089-GW    Defendant Number 1

U.S.A. v. JUAN CARLOS CANALES-ANARIVA    Year of Birth 1985

☑ Indictment    ☐ Information    Investigative agency (FBI, DEA, etc.) FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor ☐ Minor Offense ☐ Petty Offense

☐ Class B Misdemeanor ☐ Class C Misdemeanor ☑ Felony

b. Date of Offense May 9, 2024-June 12, 2024

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles ☐ Ventura
☐ Orange ☐ Santa Barbara
☐ Riverside ☐ San Luis Obispo
☐ San Bernardino ☐ Other ____

Citation of Offense 21 U.S.C. § 846, 841(a)(1), (b)(1)(A)(viii)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino) ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No ☐ Yes

If "Yes," Case Number: ____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): ____

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: ____

Case Number: ____

Assigned Judge: ____

Charging: ____

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: ____

**PREVIOUS COUNSEL**

Was defendant previously represented? ☑ No ☐ Yes

IF YES, provide Name: ____

Phone Number: ____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?

☐ Yes* ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes* ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?** ☐ Yes ☐ No

This is the ____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on: ____

Case Number ____

The superseded case:

☐ is still pending before Judge/Magistrate Judge ____

☐ was previously dismissed on ____

Are there 8 or more defendants in the superseding case?

☐ Yes* ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes* ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☑ YES ☐ NO

IF YES, list language and/or dialect:

Spanish

**OTHER**

☑ Male ☐ Female

☑ U.S. Citizen ☐ Alien

Alias Name(s) "Carlos"

This defendant is charged in:

☐ All counts

☑ Only counts: 1-3

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No

IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud ☐ public corruption

☐ government fraud ☐ tax offenses

☐ environmental issues ☐ mail/wire fraud

☑ narcotics offenses ☐ immigration offenses

☐ violent crimes/firearms ☐ corporate fraud

☐ Other ______

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: ______

b. Posted bond at complaint level on: ______

in the amount of $ ______

c. PSA supervision? ☐ Yes ☐ No

d. Is on bail or release from another district:

Defendant is **in custody**:

a. Place of incarceration: ☐ State ☐ Federal

b. Name of Institution: ______

c. If Federal, U.S. Marshals Service Registration Number:

d. ☐ Solely on this charge. Date and time of arrest:

e. On another conviction: ☐ Yes ☐ No

IF YES : ☐ State ☐ Federal ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes ☐ No

IF YES : ☐ State ☐ Federal AND

Name of Court: ______

Date transferred to federal custody: ______

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ____20 ____21 ____40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: ______

Date 02/23/2026

Signature of Assistant U.S. Attorney

Jena A. MacCabe

Print Name