TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
Deputy Chief, Major Crimes Section
DANIEL H. WEINER (Cal. Bar No. 329025)
Deputy Chief, Transnational Organized Crime Section
Assistant United States Attorneys
1300/1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5046/0813
Facsimile: (213) 894-0142
E-mail: jena.maccabe@usdoj.gov
daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS RECIO,<br>aka "Cuba,"<br><br>Defendant. | No. CR 26-89-FLA-2<br><br><u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u> |

TO: The Warden, Sheriff or Jailor of the High Desert State Prison, in the City of Susanville, State of California, and to any United States Marshal.

GREETING

WE COMMAND that you produce and deliver the body of defendant LUIS RECIO, also known as "Cuba" and "Eugenio Pena," "defendant," who is now in your custody, before the Honorable United States Magistrate Judge, Roybal Federal Building, Courtroom 640, 255 East Temple

Street, Los Angeles, California, on September 10, 2026, at 1:30 p.m., in order that defendant may then and there be arraigned and enter a plea at said time and place, and also at such other times as may be ordered by the Court.

The delivery of the body of defendant to the courtroom of the aforementioned United States District Court and the return by you of defendant to your custody shall be deemed sufficient compliance with this writ.

DATE: June 24, 2026

CLERK
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BY: /s/ Connie Chung
DEPUTY CLERK